**DISMISSED; and Opinion Filed October 20, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01131-CV

**NATESH KODANCHA, SUBBIAH CHERUMANDANDA AND SATWIC, INC.,
Appellants**
**V.**
**TAHIM & ASSOCIATES, PC, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03614**

## MEMORANDUM OPINION

Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Stoddart

The Court has before it appellants' October 7, 2016 motion for withdrawal of notice of appeal in which they state they no longer wish to pursue the interlocutory appeal from the September 19, 2016 order granting appellees' special appearances. We grant appellants' October 7, 2016 motion.

We dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

161131F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NATESH KODANCHA, SUBBIAH
CHERUMANDANDA AND SATWIC,
INC., Appellants

No. 05-16-01131-CV      V.

TAHIM & ASSOCIATES, PC, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-03614.
Opinion delivered by Justice Stoddart,
Justices Frances and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees TAHIM & ASSOCIATES, PC recover their costs, if any, of this appeal from appellants NATESH KODANCHA, SUBBIAH CHERUMANDANDA AND SATWIC, INC..

Judgment entered this 20th day of October, 2016.